IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIKING TECHNOLOGIES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 20-1509-CFC/JLH |
| | ) |
| SQUARETRADE INC. and | ) |
| SQUARETRADEGO, INC., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

At Wilmington this 5th day of January in 2022, having considered the Report

and Recommendation by United States Magistrate Judge Jennifer L. Hall on

December 9, 2021, and upon the expiration of the time allowed for objections

pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections

having been filed;

IT IS ORDERED that:

1.  Magistrate Judge Hall's Report and Recommendation (D.I. 46) is

    adopted.

2.  Defendants' motion to dismiss (D.I. 17) is denied.

_____

Chief Judge