# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIKING TECHNOLOGIES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-1509-CFC-JLH |
| | ) |
| SQUARETRADE, INC. and | ) |
| SQUARETRADEGO, INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND [PROPOSED] ORDER
## OF DISMISSAL WITH PREJUDICE

Viking Technologies LLC ("Viking") and SquareTrade, Inc., and SquareTradeGo, Inc. (collectively "Defendants") pursuant to Fed. R. Civ. P. 41(a)(2), hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed WITH PREJUDICE as to all claims and counterclaims, with each party to bear its own costs, expenses, and attorneys' and other fees.

83196507.2

|  |  |
|---|---|
| Dated: November 29, 2022 | Respectfully submitted, |
| **BAYARD, P.A.** | **POLSINELLI PC** |
| */s/ Ronald P. Golden III* | */s/ Stephen J. Kraftschik* |
| Stephen B. Brauerman (#4952) | Stephen J. Kraftschik (#5623) |
| Ronald P. Golden III (#6254) | Christina B. Vavala (#6135) |
| 600 N. King Street, Suite 400 | 222 Delaware Avenue, Suite 1101 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 655-5000 | (302) 252-0920 |
| sbrauerman@bayardlaw.com | skraftschik@polsinelli.com |
| rgolden@bayardlaw.com | cvavala@polsinelli.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants SquareTrade* |
| *Viking Technologies, LLC* | *Inc. and SquareTradeGo, Inc.* |

**IT IS SO ORDERED** this _____ day of November, 2022.

United States District Judge

83196507.2